**AFFIRM; and Opinion Filed November 1, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00275-CR**
**No. 05-18-00276-CR**

**CARA DAWN YORK, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-81346-2014, 380-80223-2011**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Schenck

Appellant Cara Dawn York appeals two convictions, following the adjudication of her guilt, for possession of methamphetamine in an amount of less than one gram. The trial court assessed punishment at confinement in the state jail for 180 days in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did

not file any response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgment adjudicating guilt in each case.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

180275F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CARA DAWN YORK, Appellant

No. 05-18-00275-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas

Trial Court Cause No. 380-81346-2014. Opinion delivered by Justice Schenck. Justices Lang and Fillmore participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **AFFIRMED**.

Judgment entered this 1st day of November, 2018.



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARA DAWN YORK, Appellant

No. 05-18-00276-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-80223-2011.
Opinion delivered by Justice Schenck.
Justices Lang and Fillmore participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **AFFIRMED**.

Judgment entered this 1st day of November, 2018.